(111 So. 38)

**A. H. KESSLER v. Jim DAVIS, Solicitor, etc.**
**(6 Div. 744.)**

(Supreme Court of Alabama. Jan. 13, 1927.)

Appeal from Circuit Court, Jefferson County; William M. Walker, Judge.

Drennen & Burns and Thomas Dozier, all of Birmingham, for appellant.

Jim Davis, Sol., and Frank M. Dixon, Deputy Sol., both of Birmingham, for appellee.

SAYRE, J. Affirmed on the authority of Frutiger v. State, ante, p. 451, 111 So. 37.

ANDERSON, C. J., and GARDNER and MILLER, JJ., concur.